# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CONWAY COMMERCIAL WAREHOUSING LLC          PLAINTIFF

vs.          4:13CV00118 SWW

OMNIS HEALTH LLC          DEFENDANT

## JUDGMENT ON JURY VERDICT

This action came on for trial February 3, 2014, before a jury, with United States District Judge Susan Webber Wright presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on February 6, 2014, in favor of the plaintiff.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that plaintiff Conway Commercial Warehousing LLC have and recover of and from defendant Omnis Health LLC the sum of $6,175.00, together with interest from date until paid at the rate of 0.10% per annum as provided by law.

Dated this 10th day of February 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE