**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CONWAY COMMERCIAL | * | |
| WAREHOUSING LLC | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:13CV00118  SWW |
| | * | |
| OMNIS HEALTH LLC | * | |
| | * | |
| Defendant | * | |

**<u>ORDER</u>**

By previous order, the Court granted Plaintiff's motion for attorney's fees.  However, the Court denied Plaintiff's motion for costs, without prejudice to Plaintiff's ability to file a second motion that complied with the mandates of 28 U.S.C. § 1924.   Now before the Court is Plaintiff's second motion for costs (ECF No. 69), which complies with the requirements of § 1924.  The time for filing a response has passed, and Defendant has not responded.  Pursuant to Local Rule 7.2(f), the failure to timely respond to any nondispositive motion is an adequate basis for granting the relief sought in said motion.  Accordingly, Plaintiff's motion for costs (ECF No. 69) is GRANTED, and Plaintiff is hereby awarded $1,889.13 in costs.

IT IS SO ORDERED THIS 30TH DAY OF JUNE, 2014.


<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE